# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD TATE,<br><br>　　　　Defendant. | Case No. 1:11-cv-01503-AWI-DLB PC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE**<br><br>ECF No. 38 |

Good cause appearing, Defendant's request to conduct Plaintiff's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available

IT IS SO ORDERED.

Dated: __**March 5, 2013**__　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE