UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>                Plaintiff,<br><br>      v.<br><br>TATE,<br><br>                Defendant. | No.  1:11-cv-01503 AWI DLB<br><br>ORDER REQUIRING DEFENDANT TO SUBMIT STATUS REPORT<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Rodney Brooks ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. section 1983.

On May 13, 2015, the parties agreed to settle this action.

As of November 20, 2015, Defendant indicated that Plaintiff had not yet received payment because he had given conflicting Social Security Numbers.  Defendant re-sent a Payee Data Record, but Plaintiff had not returned it as of that date.  Without a correct Social Security Number, the State of California could not make payment to Plaintiff.

Plaintiff was informed of this issue on December 11, 2015, when the Court responded to his motion about settlement funds.

///

///

///

1

The Court has not received any further communication from either party as to the status of payment of settlement funds.  Defendant is therefore ORDERED to provide a status report within twenty-one days of the date of service of this order.

IT IS SO ORDERED.

   Dated:    **February 10, 2016**                    /s/ *Dennis L. Beck*
                                                                   UNITED STATES MAGISTRATE JUDGE