UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TATE,<br><br>　　　　Defendant. | No. 1:11-cv-01503 AWI DLB<br><br>ORDER REQUIRING PARTIES TO SUBMIT JOINT STATUS REPORT<br><br>FIFTEEN-DAY DEADLINE |

　　　　Plaintiff Rodney Brooks ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. section 1983.

　　　　On May 13, 2015, the parties agreed to settle this action. The minutes from the settlement conference state that the action will be dismissed with prejudice once settlement documents are finalized.

　　　　On March 3, 2016, Defendant informed the Court that payment of settlement funds was made to Plaintiff on February 26, 2016.

///
///
///
///
///

1

Accordingly, within fifteen (15) days of the date of service of this order, the parties SHALL inform the Court whether this action may be dismissed pursuant to the May 13, 2015, minutes.

IT IS SO ORDERED.

Dated:   **March 4, 2016**                             /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE