UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BROOKS,<br><br>                Plaintiff,<br><br>        v.<br><br>TATE,<br><br>                Defendant. | No. 1:11-cv-01503 AWI DLB<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>(Document 100) |

      Plaintiff Rodney Brooks ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. section 1983.

      This action settled on May 13, 2015, and settlement funds were paid to Plaintiff on February 26, 2016.

      On March 4, 2016, the parties filed a stipulation for dismissal of this action with prejudice. Pursuant to the parties' stipulated dismissal, this case automatically terminated on March 4. See Fed. R. Civ. P. 41(a)(1).

      Accordingly, pursuant to the parties' stipulation of dismissal with prejudice, the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:  March 8, 2016                                           _____
                                                                                        SENIOR DISTRICT JUDGE

1